```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 04540
   JAMES DIGGS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-9554


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/28/2008 and was confirmed 04/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/20/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED          190.77            .00             .00
COOK COUNTY                UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED         2120.00            .00             .00
COMMONWEALTH EDISON        UNSECURED          391.79            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          815.59            .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          351.49            .00             .00
RUSH OAK PARK HOSPITAL     UNSECURED        NOT FILED           .00             .00
RUSH OAK PARK HOSPITAL     UNSECURED        NOT FILED           .00             .00
TCF BANK                   UNSECURED        NOT FILED           .00             .00
ROULA KAY CORPORATION      NOTICE ONLY      NOT FILED           .00             .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT        4.00            .00            4.00
GLOBAL PAYMENTS CHECK SE   UNSECURED          464.57            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                         387.92
TOM VAUGHN                 TRUSTEE                                            34.08
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 426.00

PRIORITY                                         4.00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 387.92
TRUSTEE COMPENSATION                            34.08
DEBTOR REFUND                                     .00
                    --------------          --------------
TOTALS                  426.00                 426.00


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 04540 JAMES DIGGS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |